**182 So. 93**

**Clarence SKINNER v. J. W. JACKSON, Sr.**

**2 Div. 125.**

Supreme Court of Alabama.

June 16, 1938.

D. M. Boswell, of Butler, for the motion.

Christopher & Lindsey, of Butler, opposed.

PER CURIAM.

Petition of Clarence Skinner for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Skinner v. Jackson, 182 So. 92.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.